**BLUE DIAMOND COAL COMPANY, Appellant,**

v.

**Lester MITCHELL et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 2, 1968.

Maxwell P. Barret, Reeves, Barret, Cooper & Ward, Hazard, for appellant.

Denver Adams, Hyden, Stuart E. Alexander, Louisville, Robert Matthews, Atty. Gen., for appellees.

STEINFELD, Judge.

This is a workmen's compensation case raising the same issue as the one raised in Blue Diamond Coal Company v. Pennington, Special Fund and Workmen's Compensation Board decided February 2, 1968.

---

For the reasons stated in that opinion we hold that the trial court erred in vacating the Board's order or award.

The judgment is reversed with directions to affirm the order of the Board.

All concur.